In the Matter of Pamela Jean MEEK.

Patricia CURTIS, Respondent-Appellant,

v.

Thelma J. COLEMAN,
Petitioner-Appellee.

No. 1–1082A309.

Court of Appeals of Indiana,
First District.

Jan. 12, 1983.

Carmen Brummet, J. Mark Robinson, Legal Services Organization of Indiana, Inc., New Albany, for respondent-appellant.

Frank E. Newkirk, Jr., Salem, for petitioner-appellee.

ROBERTSON, Presiding Judge.

The sole issue raised in this interlocutory appeal is whether a maternal grandmother can obtain court ordered visitation rights

with her granddaughter pursuant to the provisions of Ind.Code 31–1–11.7–2. Under the facts of this case, we hold that she cannot.

The statute permits the court to order grandparent visitation in two instances; one where a parent is deceased and the other being where the parent's marriage has been dissolved. Neither situation exists here.

As Judge Neal recently stated in the case of *In Re: The Visitation of J.O.,* (1982) Ind.App., 441 N.E.2d 991:

> As a court, we are constrained to uphold the plain meaning of the statute and to carry out the true intent of the legislature. *Thompson v. Thompson,* (1972) 259 Ind. 266, 286 N.E.2d 657; *In the Matter of the Estate of Wisely,* (1980) Ind.App., 402 N.E.2d 14. We hold that the Grandparent's Visitation Statute limits third-party grandparents seeking visitation rights to the above-described two instances, . . .

The trial court erred in setting aside its ruling on summary judgment.

Judgment reversed.

RATLIFF and NEAL, JJ., concur.